IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-cv-03491-PAB-NRN

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NA HOKU, INC.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)**

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff David Katt; and Alice Conway Powers and Amanda E. Bauer on behalf of Na Hoku, Inc., hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal with prejudice, with each party to bear its own costs and attorneys' fees. By the filing of this Stipulation the above-captioned civil action is deemed resolved and the case shall be closed.

Respectfully submitted this 18th day of November 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
Telephone: 732-695-3282
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF
DAVID KATT


/s/ Alice Conway Powers
Alice Conway Powers
/s/ Amanda E. Bauer
Amanda E. Bauer
Lewis Brisbois Bisgaard & Smith LLP – Denver
1700 Lincoln Street
Suite 4000
Denver, CO 80203
alice.powers@lewisbrisbois.com
amanda.bauer@lewisbrisbois.com
ATTORNEYS FOR DEFENDANT
NA HOKU, INC.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Alice Conway Powers
alice.powers@lewisbrisbois.com

Amanda E. Bauer
amanda.bauer@lewisbrisbois.com

/s/ *Ari H. Marcus*